IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
        Plaintiff,
v.

MENTER S. KALEVIK
        a/k/a MENTER STEPHEN KALEVIK
        a/k/a STEPHEN M. KALEVIK
        a/k/a STEPHEN KALEVIK
        a/k/a STEVEN KALEVIK
        a/k/a STEVEN M. KALEVIK
        a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
        Defendants.
_____

ORDER ADMINISTRATIVELY CLOSING CASE
_____

Magistrate Judge Craig B. Shaffer

        This civil action was brought by the United States of America ("USA") to reduce

to judgment the outstanding federal income tax liabilities assessed against Defendant,

Menter S. Kalevik, and to foreclose federal tax liens against the real property located at

7392 Rainbow Creek Road, Sedalia, Colorado 80135 and the real property located at

3553 South Emerson Street, Englewood, Colorado 80110.

        The USA filed a motion for summary judgment on March 3, 2004.  Kalevik has

never responded to the USA's Motion.  The court held a hearing on the USA's Motion

on May 20, 2004.  Counsel for the USA appeared in person.  Kalevik did not appear.

At the conclusion of the hearing, the court took the USA's Motion for Summary Judgment under advisement.

Also on May 20, 2004, the court received Kalevik's Notice of Bankruptcy, indicating that on May 19, 2004 Kalevik filed Case No. 04-20792 ABC, a voluntary petition under Chapter 13 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Colorado.  This civil action was automatically stayed on or about May 20, 2004 pursuant to the Notice of Bankruptcy.  (*See* Title 11 U.S.C. § 362 (a petition filed under section 301 of Title 11 operates as a stay of the continuation of a judicial action against the debtor)).

On October 13, 2004, Case No. 04-20792 ABC was dismissed.  The court held a status conference in this case on December 21, 2004.  Counsel for the USA appeared via telephone.  Kalevik did not appear.  Also on December 21, 2004, the court received Kalevik's Notice of Bankruptcy, indicating that on December 20, 2004 he filed Case No. 04-37326 ABC, a voluntary petition under Chapter 13 of the Bankruptcy Code, in the United States Bankruptcy Court for the District of Colorado.  As a result of the filing of the Chapter 13 Petition, this civil action was automatically stayed.  A motion to dismiss Case No. 04-37326 ABC is currently pending in the Bankruptcy Court.

Due to the bankruptcy filings by Kalevik, the motion for summary judgment (doc. # 55) has been pending for approximately 18 months without any response from Kalevik.  Having reviewed the history and status of the case and being sufficiently advised in the premises, the court

**ORDERS that this civil action is administratively closed pursuant to D.C. COLO. LCivR 41.2, subject to reopening for good cause.  Should this civil action**

**be reopened for good case, it shall be reinstated in full in the same posture in which it was on the date of this Order, including the USA's Motion for Summary Judgment (filed March 3, 2004) (doc. # 55).**

DATED at Denver, Colorado, this 15th day of September, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge