IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
    Plaintiff,
v.

MENTER S. KALEVIK
    a/k/a MENTER STEPHEN KALEVIK
    a/k/a STEPHEN M. KALEVIK
    a/k/a STEPHEN KALEVIK
    a/k/a STEVEN KALEVIK
    a/k/a STEVEN M. KALEVIK
    a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
    Defendants.

## ORDER REOPENING CASE

This civil action comes before the court on Plaintiff's Motion to Reopen Case (filed October 14, 2005) (doc. # 79).  This civil action was brought by the United States of America ("USA") to reduce to judgment the outstanding federal income tax liabilities assessed against Defendant, Menter S. Kalevik, and to foreclose federal tax liens against the real property located at 7392 Rainbow Creek Road, Sedalia, Colorado 80135 and the real property located at 3553 South Emerson Street, Englewood, Colorado 80110.  On September 15, 2005, the court administratively closed the case for inactivity due to the filing of two bankruptcy petitions (Case No. 04-20792 ABC and Case No. 04-37326 ABC) by Defendant Menter S. Kalevik that stayed proceedings in

this case from May 19, 2004 through October 13, 2004 and from December 20, 2004 through October 5, 2005. (*See* Order Administratively Closing Case (filed September 15,2 005) (doc. # 77)). The court indicated that this civil action was subject to reopening for good cause. (*See id.*).

Both of the bankruptcy actions have now been dismissed. (*See* Order Dismissing Chapter 13 Case Prior to Confirmation of Plan dated October 13, 2004 in Case No. 04-20792-ABC and Order Dismissing Chapter 13 Case Prior to Confirmation of Plan dated October 5, 2005 in Case No. 04-37326-ABC). Plaintiff has moved to reopen the case for good cause.

On October 17, 2005, the court directed Defendants to file any response to the USA's Motion to Reopen Case on or before November 4, 2005. The court advised the parties that after November 4, 2005, the court may rule on Plaintiff's Motion to Reopen Case whether or not Defendants have filed any response. As of this date, no Defendant has filed a response to Plaintiff's Motion to Reopen Case.

Accordingly, good cause having been shown, IT IS ORDERED that:

1. Plaintiff's Motion to Reopen Case (filed October 14, 2005) (doc. # 79) is GRANTED.

2. This civil action is hereby reopened and reinstated in full in the same posture in which it was on September 15, 2005, including the USA's pending Motion for Summary Judgment (filed March 3, 2004) (doc. # 55).

DATED at Denver, Colorado, this 7th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge