IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
        Plaintiff,
v.

MENTER S. KALEVIK
        a/k/a MENTER STEPHEN KALEVIK
        a/k/a STEPHEN M. KALEVIK
        a/k/a STEPHEN KALEVIK
        a/k/a STEVEN KALEVIK
        a/k/a STEVEN M. KALEVIK
        a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
        Defendants.
_____

ORDER
_____

        This civil action comes before the court on the Notice of Bankruptcy Proceeding

filed by Plaintiff United States of America ("USA") on November 30, 2005 (doc. # 83).

On October 3, 2003, the above-captioned case was referred to the Magistrate Judge to

handle all dispositive matters including trial and entry of a final judgment in accordance

with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  The court has

considered the Notice, the entire case file, and the applicable law and is sufficiently

advised in the premises.

        This civil action was brought by the USA to reduce to judgment the outstanding

1

federal income tax liabilities assessed against Defendant, Menter S. Kalevik, and to foreclose the USA's federal tax liens against the real property located at 7392 Rainbow Creek Road, Sedalia, Colorado 80135 ("Sedalia Property") and the real property located at 3553 South Emerson Street, Englewood, Colorado 80110 ("Englewood Property").  Kalevik has been proceeding *pro se* in this matter since November 10, 2003.  (*See* doc. # 37 (granting Kalevik's counsel's motion to withdraw)).

On September 15, 2005, the court administratively closed this civil action based on inactivity due to the filing of two bankruptcy petitions that stayed proceedings in this case from May 19, 2004 through October 13, 2004 and from December 20, 2004 through October 5, 2005.  (*See* Order Administratively Closing Case (filed September 15, 2005) (doc. # 77)).  The court indicated that the case was subject to reopening for good cause.

On October 14, 2005, the USA moved to reopen the case.  On October 17, 2005, the court ordered Kalevik to respond to the USA's Motion to Reopen Case (doc. # 79) on or before November 4, 2005.  Unbeknownst to the court or the USA, Kalevik, through bankruptcy counsel H. Christopher Clark, had filed a voluntary petition under chapter 7 of the United States Bankruptcy Code on or about October 16, 2005.  Kalevik did not respond to the USA's Motion to Reopen and did not notify the court or the USA of the bankruptcy filing.  The USA learned of the bankruptcy filing on November 30, 2005, approximately 45 days after Kalevik filed it.  The USA then immediately notified the court of the bankruptcy filing.

Due to the bankruptcy petition (Case No. 05-51595-SBB) filed by Kalevik on or

about October 16, 2005, proceedings in this case must be stayed.  (*See* Title 11 U.S.C.

§ 362 (a petition filed under section 301 of Title 11 operates as a stay of the

continuation of a judicial action against the debtor)).  Accordingly,

IT IS ORDERED that:

1.      The court's Order Reopening Case (filed November 7, 2005) (doc. # 81)

is hereby VACATED.

2.      The court's Memorandum Opinion and Order (filed November 7, 2005)

(doc. # 82) is hereby VACATED.

3.      Pending dismissal of Kalevik's pending bankruptcy action, Case No. 05-

51595-SBB, and/or the lifting of the automatic stay, this civil action shall remain

administratively closed.

4.      **Kalevik and/or his bankruptcy counsel, H. Christopher Clark, shall**

**immediately notify this court and the USA upon dismissal of Kalevik's pending**

**bankruptcy action, Case No. 05-51595-SBB, and/or the lifting of the automatic**

**stay.**

DATED at Denver, Colorado, this 5th day of December, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge