IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MENTER S. KALEVIK, a/k/a MENTER STEPHEN KALEVIK a/k/a STEPEHN M. KALEVIK a/k/a STEPHEN KALEVIK a/k/a STEVEN KALEVIK a/k/a STEVEN M. KALEVIK a/k/a STEVEN KALEVIK MENTER, *et al,*

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Motion to Reopen Case (*doc. no. 85)* is **GRANTED**. The Clerk's Office is instructed to reopen this civil action.

    IT IS FURTHER ORDERED that a status conference has been set for **November 7, 2006, at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    All in-state counsel and/or *pro se* parties must be physically present for the conference. All out-of-state counsel and/or *pro se* parties may appear telephonically.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

    The above parties that have been permitted to participate by telephone, are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

    Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**      October 20, 2006