IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
    Plaintiff,
v.

MENTER S. KALEVIK, et al.,
    Defendants.
_____

## ORDER
_____

This civil action comes before the court on the Status Report of the United States (filed February 7, 2007) (doc. # 107). On October 3, 2003, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. Pursuant to the representation made by the United States at page 4 of its Status Report,

IT IS ORDERED that the United States' Motion for Preliminary Injunction (filed November 3, 2006) (doc. # 93) is WITHDRAWN.

DATED at Denver, Colorado, this 9th day of February, 2007.

                                        BY THE COURT:

                                          s/Craig B. Shaffer
                                        United States Magistrate Judge