IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
    Plaintiff,
v.

MENTER S. KALEVIK
    a/k/a MENTER STEPHEN KALEVIK
    a/k/a STEPHEN M. KALEVIK
    a/k/a STEPHEN KALEVIK
    a/k/a STEVEN KALEVIK
    a/k/a STEVEN M. KALEVIK
    a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
    Defendants.

_____

ORDER
_____

This civil action comes before the court on the Status Report and Request for Order and/or Hearing filed by Plaintiff United States of America ("USA") on June 6, 2007 (doc. # 120). Also pending before the court are the USA's "Motion for Partial Summary Judgment" (filed December 15, 2006) (doc. # 101); and (2) the USA's "Motion for Summary Judgment on its Request to Foreclose Tax Liens Through Sale of Real Properties and for Order of Sale" (filed February 16, 20070 (doc. # 110). On October 3, 2003, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28

U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.

Upon review of the pending matters, the court notes that Defendant Menter S. Kalevik appeared in person at the hearing held on November 7, 2006. At that hearing, Mr. Kalevik informed the court and counsel that his current address was P.O. Box 726, Sedalia, Colorado 80135. (See also doc. # 116 (Motion filed by Mr. Kalevik on March 8, 2007, noting his current address as P.O. Box 726, Sedalia, Colorado 80135)). Since November 7, 2006, several filings by the court and the USA have been mailed to Mr. Kalevik's former address and not to his current address. (*See* docs. # 99, # 100, # 101, # 102, # 103, # 104, # 105, # 106, # 108, # 114, and # 117).

**Accordingly, IT IS ORDERED that:**

**1.     The Clerk of the Court shall mail copies of docs. # 99, # 100, # 101, # 102, # 103, # 104, # 105, # 106, # 108, # 114, and # 117 to Mr. Kalevik at his current address: P.O. Box 726, Sedalia, Colorado 80135.**

**2.     The Clerk of the Court shall note for the certificate of mailing that Mr. Kalevik's current address is P.O. Box 726, Sedalia, Colorado 80135.**

**3.     A hearing on all pending matters is hereby set on Monday June 26, 2007 at 3:45 p.m. (Mountain Time) in Courtroom A-402, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.**

DATED at Denver, Colorado, this 8th day of June, 2007.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge