IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
    Plaintiff,
v.

MENTER S. KALEVIK
    a/k/a MENTER STEPHEN KALEVIK
    a/k/a STEPHEN M. KALEVIK
    a/k/a STEPHEN KALEVIK
    a/k/a STEVEN KALEVIK
    a/k/a STEVEN M. KALEVIK
    a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
    Defendants.
_____

## CORRECTION TO ORDER
_____

The Order dated June 8, 2007 (doc. # 121) is hereby corrected to state that the hearing on all pending matters is hereby set on *Tuesday* June 26, 2007 at 3:45 p.m. (Mountain Time) in Courtroom A-402, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

DATED at Denver, Colorado, this 8th day of June, 2007.

BY THE COURT:

    s/Craig B. Shaffer

United States Magistrate Judge