IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 03-cv-00411-CBS-BNB

UNITED STATES OF AMERICA,
      Plaintiff,
v.

MENTER S. KALEVIK
      a/k/a MENTER STEPHEN KALEVIK
      a/k/a STEPHEN M. KALEVIK
      a/k/a STEPHEN KALEVIK
      a/k/a STEVEN KALEVIK
      a/k/a STEVEN M. KALEVIK
      a/k/a STEPHEN KALEVIK MENTER,
UNION PLANTERS CORPORATION/UNION PLANTERS BANK,
ALLIANCE MORTGAGE COMPANY,
GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC.,
LYNETTE ANN KALEVIK, and
CHARLES W. STELLTER,
      Defendants.
_____

ORDER CONFIRMING SALE AND DISTRIBUTING PROCEEDS
_____

This civil action is before the court on the USA's "Motion for Order Confirming the Sale of the Englewood and Sedalia Properties and for Distribution of Proceeds" (filed October 29, 2007) (doc. # 134). Any response to the USA's Motion was due on or before November 9, 2007. As of this date, the court has not received any response to the USA's Motion. The court has reviewed the Motion, the entire case file, and the information set forth in the Declarations of Ernest J. Sell (doc. # 136) and James E. Weaver (doc. # 137) and the USA's "Memorandum in Support of Motion for Order Confirming the Sale . . ." (doc. # 135) and is sufficiently advised in the premises.

Accordingly,

IT IS ORDERED that:

1. The sales of the Englewood Property and the Sedalia Property are confirmed and the IRS Property Acquisition and Liquidation Specialist shall promptly deliver the deeds thereto to the purchasers of the respective properties identified in paragraphs 3 and 4 of the Declaration of Ernest J. Sell (doc. # 136).

2. The Clerk of the Court shall distribute the proceeds of the sales from the Registry of the Court as follows:

 a. $3,205.25 to the Internal Revenue Service of advertising and locksmith expenses;

 b. $3,951.88 to the Treasurer for Arapahoe County, Colorado for real property taxes due and owing for the Englewood Property;

 c. $105,240.53 (plus $19.19 per day for each day after October 12, 2007 until payoff) to Everhome Mortgage for all principal and interest owed by Defendant Kalevik pursuant to the deed of trust dated December 23, 1986 and recorded January 13, 1987 and reasonable attorney fees not to exceed $1,000 incurred in the defense of this action by Alliance Mortgage Company n/k/a Everhome Mortgage;

 d. The remainder of the funds in the Registry of the Court, including interest accrued while the funds were in the Registry, to David E. Lewis as the Trustee in *In re Kalevik*, No. 05-51595-SBB in the United States Bankruptcy Court for the District of Colorado in accordance with paragraph 3(b) of Stipulation and Order entered in that case on March 12, 2007.

DATED at Denver, Colorado, this 14th day of November, 2007.

BY THE COURT:

    s/Craig B. Shaffer    
United States Magistrate Judge